IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CATHY MATHIS-MANUEL, | § | |
| *Plaintiff,* | § | SA-20-CV-00322-OLG |
| vs. | § | |
| ANDREW M. SAUL, | § | |
| *Defendant.* | § | |

## SHOW CAUSE ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [#19]. By her motion, Plaintiff seeks an award of $6,800 in fees under the Equal Access to Justice Act ("EAJA") for 34.0 hours expended in prevailing in this appeal. Pursuant to this Court's Local Rules, Defendant's response to the motion was due on or before May 1, 2021. *See* W.D. Tex. Loc. R. CV-7(e)(2). To date, Defendant has not responded to the motion. Where an opposing party fails to file a response in opposition to a motion, this Court has the authority to grant the motion as unopposed. *See id.*

**IT IS THEREFORE ORDERED** that Defendant **show cause** why Plaintiff's motion should not be granted as unopposed on or before **May 14, 2021**.

SIGNED this 11th day of May, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE